IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CHRISANTHIS,

    Plaintiff,

  v.

UNITED STATES OF AMERICA et al.,

    Defendant.

No. C 14-02784 WHA

**ORDER RE AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS**

    Defendant has filed a motion to dismiss this case and noticed a hearing for January 29, 2015. Fourteen days after defendant's motion was filed, plaintiff unilaterally amended his complaint, as permitted under FRCP 15. Defendant's motion to dismiss plaintiff's original complaint is mooted by plaintiff's amended complaint. Defendant may submit a new motion to dismiss plaintiff's amended complaint, noticed on the normal 35–day track. The hearing set for January 29, 2015, is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: January 7, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE