IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CHRISANTHIS,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, et. al.,

    Defendant.

No. C 14-02784 WHA

**ORDER DENYING REQUEST TO CONTINUE HEARING**

On December 29, 2014, Plaintiff Anthony Chrisanthis moved to disqualify the undersigned judge. The clerk referred that motion to Judge William Orrick, who denied it (Dkt. No. 31). Plaintiff has submitted an appeal challenging the denial of plaintiff's motion to disqualify the undersigned judge.

Plaintiff now requests that the hearing on defendants' motion to dismiss, set to occur in two days, be stayed until his appeal is adjudicated. Plaintiff's request is **DENIED**. The hearing on defendants' motion to dismiss will go forth as scheduled at **EIGHT A.M. ON FEBRUARY 26, 2015**.

**IT IS SO ORDERED.**

Dated: February 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE