**United States District Court**
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   ANTHONY CHRISANTHIS,

11          Plaintiff,                                    No. C 14-02784 WHA

12     v.

13    UNITED STATES OF AMERICA, SLOAN D.                  **JUDGMENT**
     GLEASON, ACTING SECRETARY OF
14   VETERANS AFFAIRS, DEPARTMENT OF
     VETERANS AFFAIRS, and DOES 1 through 10,
15   inclusive,

16          Defendants.
                                                   /
17

18          For the reasons stated in the accompanying order dismissing this action, **FINAL**

19   **JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.  The Clerk

20   **SHALL CLOSE THE FILE**.

21

22          **IT IS SO ORDERED.**

23

24   Dated: February 27, 2015.                    _____
                                                  WILLIAM ALSUP
25                                                UNITED STATES DISTRICT JUDGE

26

27

28